UNITED STATES BANKRUPTCY COURT     WESTERN DISTRICT OF WISCONSIN

In re

Steven R. Sprain,

Case No. 3-10-15160-rdm

Affidavit of Mailing

    Debtor.

I hereby certify under penalty of perjury pursuant to Bankruptcy Rule 1008 that I this date have served an objection to claim dated 14th day of January, 2011, on the parties stated below by first class mail.

    Harris N.A.
    c/o David M. Pelletier, Esq.
    P O Box 1767
    Madison, WI 53701-1767

Dated this 14th day of January, 2011.

                        /s/Kenneth J. Doran
                        Kenneth J. Doran
                        Attorney for Steven R. Sprain
                        Doran Law Offices
                        2101 Fox Avenue
                        Madison, WI  53711-1920